**Francis H. BARNIDGE et al., Appellants,
v. UNITED STATES of America.**

No. 11549.

Circuit Court of Appeals, Eighth Circuit.

July 24, 1939.

Julius T. Muench and Norman Bege-man, both of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, per stipulation of parties.

**BOEING AIRCRAFT COMPANY v.
TRANSCONTINENTAL & WEST-
ERN AIR, Inc.**

No. 9333.

Circuit Court of Appeals, Ninth Circuit.

Oct. 9, 1939.

Todd, Holman & Sprague, of Seattle, Wash., for appellant.

Eggerman & Rosling, of Seattle, Wash., for appellee.

Before WILBUR, DENMAN, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Inez Hereford BROWN, Appellant, v.
UNITED STATES of America.**

No. 11326.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, 21 F.Supp. 214, dismissed at cost of appellant, per stipulation of party.

**Inez Hereford BROWN, Appellant, v.
UNITED STATES of America.**

No. 11333.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, 21 F.Supp. 214, dismissed at cost of appellant, per stipulation of party.